

FILED

JAN 1 4 2019

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-50 -BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| ANTONIO FRANCISCO GUTIERREZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 14th day of January, 2019.

Honorable Susan P. Watters
United States District Judge