IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-50-BLG-SPW-1 |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ANTONIO FRANCISCO GUTIERREZ, | |
| Defendant. | |

IT IS ORDERED that the following weapons and ammunition, which have been admitted as exhibits, shall be retained in the custody of the United States Marshals Service during evening recesses, and shall be returned to the custody of the courtroom deputy prior to the beginning of proceedings each morning until the conclusion of the trial or hearing in this matter:

| Exhibit Number | Description |
|---|---|
| 40 | Springfield Armory Model XD-45, .45 ACP caliber semi-automatic pistol (SIN XD694784) |

At the conclusion of the trial or hearing, the courtroom deputy shall return the exhibits to the case agent.

Dated this 14th day of January, 2019.

Susan P. Watters
United States District Court