IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-50-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER |
| ANTONIO FRANCISCO GUTIERREZ, | |
| Defendant. | |

Before the Court is Defendant Antonio Francisco Gutierrez's Rule 29(c) motion for judgment of acquittal. (Doc. 90). At trial, Gutierrez moved the Court for a judgment of acquittal under Rule 29(a), which the Court denied. (Doc. 75). The Court similarly denies Gutierrez's Rule 29(c) motion because the evidence was sufficient "to allow any rational trier of fact to find the essential elements of the crime beyond a reasonable doubt." *United States v. Goldtooth*, 754 F.3d 763, 768 (9th Cir. 2014) (citing Fed. R. Crim. P. 29(c)).

DATED this 4th day of February, 2019.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1