FILED

JUL 1 6 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO FRANCISCO GUTIERREZ,<br><br>Defendant. | CR 18-50-BLG-SPW-1<br><br>ORDER |

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting a juror's personal privacy,

IT IS HEREBY ORDERED that the name of a juror from the January 16, 2019 Volume IV transcript at page 443, line 1, shall be redacted from the trial transcript in this matter.

DATED this 16th day of July, 2019.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1